UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, HEATHER IDONI,

    Defendant.
_____/

Case No. 23-cr-20100-3
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S AMENDED PRO SE MOTION TO REMOVE FEDERAL DEFENDER AND ALLOW SUBSTITUTION AS PRO SE (ECF #68)

A hearing was held on May 22, 2023, on Defendant's Amended Pro Se Motion to Remove Federal Defender and Allow Substitution as Pro Se [ECF #68]. For the reasons stated on the record by counsel for the Government, the defendant, and this Court, the Court will grant the motion. Therefore,

**IT IS HEREBY ORDERED** that defendant's Amended Pro Se Motion to Remove Federal Defender and Allow Substitution as Pro Se is **GRANTED** and the defendant shall be permitted to proceed pro se in this matter.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 22, 2023

1

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126